# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 11-5081                                      September Term 2011

1:06-cv-01767-UNA

**Filed On:** May 3, 2012

Mashour Abdullah Muqbel Alsabri, Detainee,

        Appellant

    v.

Barack Obama, et al.,

        Appellees

**BEFORE:**    Garland and Kavanaugh, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of the court's order to show cause and amended order to show cause filed under seal on April 27, 2012, and the response thereto, it is

**ORDERED** that the orders to show cause be discharged. It is

**FURTHER ORDERED** that the orders to show cause and the opinion issued April 27, 2012, be unsealed.

The Clerk is directed to issue publicly the court's opinion filed April 27, 2012.

## Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

            BY:    /s/
                              Jennifer M. Clark
                              Deputy Clerk